# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Frederick H. Hamilton, Jr.,

      Plaintiff,

         v.                    Case No.  1:17cv405

Commissioner of Social Security,         Judge Michael R. Barrett

      Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 27, 2018 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 22) of the Magistrate Judge is hereby **ADOPTED.** The parties' Joint Stipulation for an Award of Attorney Fees (Doc. 21) is **GRANTED.** Plaintiff is awarded $3,500.00 in attorney fees.

**IT IS SO ORDERED.**

                         *s/Michael R. Barrett*
                         Michael R. Barrett
                         United States District Judge